**PERKINSCOIe**

1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

+1.212.262.6900
+1.212.977.1649
PerkinsCoie.com

May 17, 2022

Matthew J. Moffa
MMoffa@perkinscoie.com
D. +1.212.261.6857
F. +1.212.399.8057

**VIA ECF**
Hon. Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

Re: *EscapeX IP LLC v. Digital Trends*, Case No. 1:22-cv-03512-CM
Agreed Letter Motion to Set Deadline to Respond to Complaint

Your Honor:

I represent defendant Digital Trends in the captioned patent infringement litigation.

The parties to the captioned action have conferred and agreed to a deadline of June 27, 2022, for defendant to move, answer, or otherwise respond to the complaint in this matter.

Accordingly, pursuant to Local Rules 5.2(b) and 7.1(d) and the Court's Individual Practice V.H, Defendant moves, with the agreement of Plaintiff, to set the deadline to move, answer, or otherwise respond to the complaint to June 27, 2022.

Respectfully submitted,

*Matthew J. Moffa*
Matthew J. Moffa

SO ORDERED
5/19/22
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE