UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

ESCAPEX IP LLC,

                Plaintiffs,

      -against-

DIGITAL TRENDS,

                Defendant.

--------------------------------------------------------------x

No. 22-cv-3512 (CM)

**ORDER**

McMahon, J.

      The Court set an initial conference in this case to take place today, September 8, 2022, at 11:15 AM. Plaintiff's counsel did not join the call. As a result, the conference was cancelled.

      The Court notes that there is a pending motion to dismiss in this case. (Dkt. No. 17). The motion was filed on August 11, 2022; Plaintiff's response was due two weeks later, or August 25, 2022. Plaintiff has neither responded to the motion – which raises serious *Alice* issues – nor sought an adjournment.

      The court wishes to decide the outstanding motion promptly, as it may affect cases relating to the same patent, but against different defendants, that are pending before other judges of the court. Accordingly, Plaintiff is ordered to file a response to the motion to dismiss by close of business on Friday, September 16, 2022. If Plaintiff does not file a response by that date, the Court will decide the motion without opposition.

Dated: September 8, 2022

                                                              U.S.D.J.

BY ECF TO ALL COUNSEL